# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia A. | District Court - RI | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Two Exchange Terrace
Providence RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Directors of Roger Williams University School of Law |
| 2. | Manager and Member | ██████████ |
| 3. | Director | Rhode Island Bar Foundation |
| 4. | Director | Rhode Island Chapter of Federal Bar Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Citizens Bank (pension) |
| 2. | 2014 | Bank of America (pension) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Investment Management (Educational Funds) | A | Dividend | J | T | | | | | |
| 2. --MFS Growth Allocation Fund A (MAGWX) | | | | | Distributed | 12/19/14 | J | B | Grandson for education |
| 3. --MFS Growth Allocation Fund B (MBGWX) | | | | | | | | | |
| 4. US Treasury EE Bonds | A | Interest | J | T | | | | | |
| 5. Northwest Mutual Life Policy "Adjustable CompLife" | C | Dividend | M | T | | | | | |
| 6. Minnesota Variable Group Universal Life Insuarnce Policy | C | Int./Div. | K | T | | | | | |
| 7. --Janus Aspen Forty | | | | | | | | | |
| 8. --FID VIP Value | | | | | | | | | |
| 9. --Ivy VIP Value | | | | | | | | | |
| 10. --FID VIP Equity Income | | | | | | | | | |
| 11. --Janus Aspen OVES SS | | | | | | | | | |
| 12. Membership in ▓▓▓▓ LLC | B | Distribution | M | U | | | | | |
| 13. BNY Mellon HSA Account (Y) | | | | | | | | | |
| 14. Sovereign Account | A | Interest | K | T | | | | | |
| 15. Sovereign Money Market Account | A | Interest | L | T | | | | | |
| 16. Schwab Account (IRA) | G | Int./Div. | P1 | T | | | | | |
| 17. --Schwab Govt Money Fund (SWGXX) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Charles Schwab Bank account | A | Interest | J | T | | | | | |
| 19. --Fidelity Floating Rate HI INCM (FFRHX) | D | Dividend | M | T | | | | | |
| 20. --First Eagle High Yield FD A (FEHAX) | D | Dividend | M | T | | | | | |
| 21. --Flexshares ETF IBoxx 3 Yr TRGT (TSTT) | A | Dividend | K | T | | | | | |
| 22. --Invesco Conv Securities FD CL (CNSAX) | C | Dividend | M | T | | | | | |
| 23. --Lord Abbett Short Duration (LALSZ) | A | Dividend | K | T | | | | | |
| 24. --Pimco 0-5 High Yield Corp B (HYS) | B | Dividend | K | T | | | | | |
| 25. --Putnam Absolute Return 300 FD (PYTRX) | D | Dividend | N | T | | | | | |
| 26. --Fidelity ADV Emerging Mkts Inc (FMKAX) | C | Dividend | L | T | | | | | |
| 27. --SPDR INTL Government TIPS ETF (WIP) | A | Dividend | L | T | | | | | |
| 28. --Templeton Global Bond Fund (TGBAX) | E | Dividend | N | T | | | | | |
| 29. --First Eagle US Value Fund CL (FEVAX) | A | Dividend | N | T | | | | | |
| 30. --Goldman Sachs Small Mid Cap (GSMYX) | B | Dividend | M | T | | | | | |
| 31. --Heartland Value Plus (HNVIX) | D | Dividend | L | T | | | | | |
| 32. --Powershares S&P ETF 500 Low VO (SPLV) | D | Dividend | M | T | | | | | |
| 33. --Putnam Capital Spectrum FD CL (PVSAX) | B | Dividend | N | T | | | | | |
| 34. --Royce Special Equity FD Invest (RYSEX) | E | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Schwab S&P 500 Selct Shs (SWPPX) | | | | | Sold | 03/11/14 | L | D | |
| 36. --First Eagle Overseas (SGOVX) | D | Dividend | M | T | | | | | |
| 37. --Ishares MSCI ETF Emerging MKTS (EEMV) | D | Dividend | M | T | | | | | |
| 38. --Powershares ETF S&P INTL (IDLV) | B | Dividend | L | T | | | | | |
| 39. --SCHW Intl SCAP ETF (SCHC) | C | Dividend | M | T | | | | | |
| 40. --SPDR DJ Wilshire Intl Real Est (RWX) | D | Dividend | L | T | | | | | |
| 41. --SPDR DJ Wilshire REIT (RWR) | D | Dividend | M | T | | | | | |
| 42. --IPath DJ AIG Commodity Index (DJP) | | None | J | T | | | | | |
| 43. --DFA INTL Small Cap Value (DISVX) | A | Dividend | K | T | | | | | |
| 44. --Lord Abbett Inflation Focused FD (LIFIX) | C | Dividend | M | T | | | | | |
| 45. --Loomis Sayles Senior Flting Rate & Fixed (LSFYX) | A | Dividend | J | T | | | | | |
| 46. --Putnam Capital Spectrum FD CL Y (PVSYX) | D | Dividend | N | T | | | | | |
| 47. -- Dodge & Cox Stock (DODGX) | | | | | Sold | 06/06/14 | J | C | |
| 48. --Harbor Capital Appreciation Instl (HACAX) | E | Dividend | K | T | | | | | |
| 49. --Hartford Global Bond (HWDYX) | A | Dividend | K | T | Buy | 06/16/14 | J | | |
| 50. | | | | | Buy (add'l) | 09/12/14 | K | | |
| 51. --ALPS GS ETF Risk Adjusted (GJRA) | A | Dividend | | | Buy | 03/11/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/28/14 | L | D | |
| 53. Schwab Account | E | Int./Div. | O | T | | | | | |
| 54. --Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 55. --First Eagle US Value (FEVAX) | C | Dividend | L | T | | | | | |
| 56. --Fidelity ADV Emerging Mar (FMKAX) | A | Dividend | J | T | | | | | |
| 57. --IShares MSCI (EEMV) | A | Dividend | K | T | | | | | |
| 58. --DFA INTL Small Cap (DISVX) | A | Dividend | K | T | | | | | |
| 59. --Royce Special Equity (RYSEX) | B | Dividend | K | T | | | | | |
| 60. --First Eagle Overseas (SGOVX) | B | Dividend | K | T | | | | | |
| 61. --SPDR Nuveen Barclays (SHM) | A | Dividend | K | T | Sold (part) | 01/16/14 | K | A | |
| 62. --Schwab S&P 500 Select (SWPPX) | A | Dividend | J | T | | | | | |
| 63. --Templeton Global Bond Fund (TGBAX) | C | Dividend | L | T | | | | | |
| 64. --SPDR INTL Government (WIP) | B | Dividend | J | T | | | | | |
| 65. --MKT Vectors ETF (HYD) | B | Dividend | K | T | | | | | |
| 66. --Goldman Sachs Small Mid Cap (GSMYX ) | B | Dividend | K | T | | | | | |
| 67. --Lord Abbett Inflation (LIFIX) | A | Dividend | K | T | | | | | |
| 68. --Loomis Sayles Senior (LSFYX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --SPDR DJ Wilshire INTL Real Estate (RWX)) | A | Dividend | J | T | | | | | |
| 70. --Putnam Capital Spectrum (PVSYX) | B | Dividend | L | T | | | | | |
| 71. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | J | T | | | | | |
| 72. --JP Morgan Tax Aware Income Opp (JTASX) | A | Dividend | K | T | Buy | 01/16/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

Line 3:  Please see the letter from  the Committee on Codes of Conduct regarding the position listed on Line 3.

Part VII:

Line 6: The income reported for this life insurance policy is based on the total "investment gain/loss" that appears in the year end statement.

Line 12:  The asset listed on Line 12 is membership in an entity that has never made a distribution to its members.  The entity's sole asset, a vacation cottage, is used by the members from time to time; I use an estimate of the value of this use as"income."

Line 16: This IRA is actually two accounts, one in my name and one in my husband's name, managed by the same person at Schwab.

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Sullivan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544